# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| DONNA BROOKS, | § |
| | § |
| Plaintiff, | §   CIVIL ACTION NO.  5:19-CV-00047-RWS |
| | § |
| v. | § |
| | § |
| ZANBAKA USA 30 LLC D/B/A DUKES, | § |
| | § |
| Defendant. | § |

## ORDER

Pursuant to the Court's order dismissing the case, the Court hereby enters Final Judgment. Accordingly, it is

**ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**.

All other claims for relief are **DENIED-AS-MOOT**.

The Clerk of the Court is directed to close this case.

It is so **ORDERED**.

**So ORDERED and SIGNED this 25th day of February, 2020.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE